**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SHENE LOVE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:26-cv-00669-JAM |
| OPTUM SERVICES, INC, AND UNITED HEALTHCARE SERVICES, INC., | ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION TO STAY THE PROCEEDINGS AND COMPEL ARBITRATION

Defendants Optum Services, Inc. and United Healthcare Services, Inc. (collectively "Defendants") hereby move the Court under the Federal Arbitration Act, 9 U.S.C. §§ 1 *et. seq.* to compel arbitration and stay the proceedings during arbitration.

As more fully described in Defendants' Suggestions in Support, filed simultaneously and incorporated herein by reference, Plaintiff alleges violations of the Missouri Human Rights Act, Title VII of the Civil Rights Act, and the Family Medical Leave Act relating to her employment. Plaintiff, however, has agreed in writing to resolve her disputes through arbitration, rather than in this forum. Accordingly, Defendants respectfully request that the Court grant their motion, compel this matter to arbitration, and stay the proceedings.

Respectfully Submitted,

*/s/  Peter Strickland*
Robert J. Rojas, MO # 65144
Direct: 816.627.4437
E-Fax: 816.817.2767
rrojas@littler.com
Peter Strickland, MO # 75059
Direct:  816.627.4443
E-Fax:  816.326.9063
pstrickland@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, Missouri 64106

**ATTORNEY FOR DEFENDANT
AMAZON.COM SERVICES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed a true and correct copy of the foregoing using the Court's e-filing system.  A copy of same will be emailed to counsel for Plaintiff:

Vincent K. Heitholt
Heitholt Law LLC
2938 Arlmont Drive
Saint Louis, MO 63121
Phone:  314.282.7021
Email:  vincent@heitholdlaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Peter Strickland*
Attorney for Defendant

2